### 15468.  MONTGOMERY v. THE STATE.

A conviction of carrying a pistol without a license was not authorized by the evidence.

DECIDED MAY 13, 1924.

Accusation of carrying pistol; from city court of Floyd county—Judge Bale.  March 10, 1924.

The only witness was a policeman, who testified: that the defendant was one of three negroes who were talking together when he arrested them at night, that he found a concealed pistol on one of the others, and saw another throw a pistol on the ground, which he (the witness) picked up; that he took the negroes in the yard of Roser, near which they had been standing, and "pinned them up in a space near Mr. Roser's porch" until they were taken to the lock-up; that he went back to the same place the next morning and found a hacksaw and a pistol hidden in a flower-box on Roser's porch near where he had the negroes the.night before, and that in the police court the next morning the defendant "admitted that he put a pistol in the flower-box at Roser's."  On cross-examination the witness said: "The only thing that I know to connect the defendant with the pistol is what he said in police court the next morning after I told him that I had found a pistol in the flower-box."

*Porter & Mebane,* for plaintiff in error, cited: 2 *Ga. App.* 654, and cit.; 15 *Ga. App.* 484; 4 *Ga. App.* 458, 58; 7 *Ga. App.* 197; 118 *Ga.* 320.

*James Maddox, solicitor,* contra, cited: 15 *Ga. App.* 484; 14 *Ga. App.* 521; 12 *Ga. App.* 81; 45 *Ga.* 44 (5); 64 *Ga.* 605; 121 *Ga.* 615 (5); 10 *Ga. App.* 33.

LUKE, J.  Montgomery was convicted of carrying a pistol without license.  The evidence did not meet the requirements of law, and for this reason the conviction was unauthorized.  It was error to overrule the motion for a new trial.

*Judgment reversed.  Broyles, C. J., and Bloodworth, J., concur.*